UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gregory Alan Gaylor

    v.                                          No. 05-fp-414

US Department of Justice

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.80 is due no later than January 10, 2006. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number **05-cv-414-PB**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 6, 2005

cc:    Gregory Alan Gaylor, *pro se*
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts